UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CRIM. NO.: 4:25-CR-00002-D-KS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER EXTENDING TIME TO** |
| v. ) | **FILE RESPONSE TO DEFENDANT'S** |
| ) | **MOTION TO SUPPRESS** |
| QUANTERRIAN YELVERTON ) | |

Upon the Government's motion, without opposition from the Defendant, and for good cause shown, the Government's motion is hereby GRANTED.

It is therefore ORDERED that the deadline for the Government to file a response to the Defendant's motion to suppress (D.E. 38) is extended through August 27, 2025.

Any period of delay resulting from granting this continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7) because the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

This __18__ day of August, 2025.

JAMES C. DEVER III
United States District Court Judge