IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:25-CR-2-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   **ORDER** |
| | ) |
| QUANTERRIAN YELVERTON, | ) |
| | ) |
| Defendant. | ) |

The court will hold a hearing on defendant's pending motion to suppress [D.E. 38] on January 20, 2026, at 10:00 a.m. in courtroom one of the Terry Sanford Federal Building and United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina.

SO ORDERED. This 19 day of December, 2025.

*JAMES C. DEVER III*
United States District Judge